IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CORINNA SOUMERAI,

      Appellant,

v.

BANK OF AMERICA, N.A.,
BAC HOME LOAN
SERVICING, COUNTRYWIDE
HOME LOANS, WELLS
FARGO BANK, SELECT
PORTFOLIO SERVICING,
WALTON DUNES
TOWNHOUSE ASSOCIATION,
INC.,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2787

_____/

Opinion filed April 4, 2016.

An appeal from the Circuit Court for Walton County.
Thomas R. Santurri, Judge.

Corinna Soumerai, pro se, for Appellant.

Sara D. Dunn and Benjamin B. Brown of Quarles & Brady LLP, Tampa, for
Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, CJ., MAKAR, and OSTERHAUS, JJ., CONCUR.